RECEIVED BY MAIL

JUL 19 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date: 12-31-20

Signature: _(signature)_
Name: Corvin Corbett
Address: General Mail
City, State, Zip: St paul MN 55701
Telephone: 612-695 2682
E-mail: Corvia Corbett98@gmail

ANY Question? ✓

E. Fill in the date and sign the *Summons*. Fill in your personal contact information.

## Step 2

### Fill out the *Complaint* (CIV803)

The *Complaint* is the statement of the facts that explain why you should have the result you are requesting. It should be organized by paragraphs so that the Defendant and the court quickly and clearly understand what you want from the Defendant and why.

### The Caption

The caption in the *Complaint* should look exactly the same as the caption in the *Summons*.

### The Facts and Complaints

The Plaintiff has the following complaints and alleges the following against Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. Asteria inn Suites, MAPLE Grove, MN
2. my son & me Got 2 Hotel about 7:00 pm by 10:00 my son was sleep, inches, wake
3. up bit up by bed bugs embarass => We left immedtley Went to Hospital Next day
4. FACTS - bed bugs - SAD

5. For any other relief the court feels is fair and equitable.

#1 bedbugs    2# Slandering

2#Motel 6
Lakeville MN
Slandering my
N'time, said
I was Smokin
Weed, phabuca
I Called Lakeville Dolce
Dept, they came
out - Not ME

SCANNED
JUL 19 2021
U.S. DISTRICT COURT MPLS

You need to state the facts and the legal cause(s) of action that support your facts and allegations. The following is general information that is usually included in this section of the *Complaint*:

- In paragraph 1, your name and address and that you are the Plaintiff in this case.

- In paragraph 2, the name and address of the Defendant.

- In the next paragraphs, what happened between you and the Defendant. Include the most important facts. Do not tell your case in one long paragraph. Separate it into shorter paragraphs to make it easier to read.

- Include how much the Defendant owes you or the property that the Defendant should give you.

- Include any legal cause(s) of action that support your facts. If you aren't sure what legal causes of action you have, you should get legal advice.

If you need more room, add paper. Do not use the margins or the back of the page.

**The Relief (what you are requesting from the Defendant)**

Based on the complaints above, Plaintiff demands the following relief:

1. #1 How do the Asteria Inn Suites
2. Handle sitution like this !!!
3. #2 How do the Motels handle
4. This Kind of situtions, so SAD

Very unprofessional - horrible service

This is where you state what you want the court to order. This section should generally include the following information:

- If the Defendant owes you money, you can say something like "Judgment against Defendant for $_____, plus interest, costs and disbursements."
- If you want the Defendant to do a specific act, you can say something like "That Defendant be ordered to _____."
- You may want the court to award a judgment to you <u>and</u> to order the Defendant to do something specific. Your request should list all the things you want the court to order.

- If you aren't sure what you want to ask the court to order, you should get legal advice.

**The Acknowledgement**



Read through the Acknowledgment. If everything in the Acknowledgement is true, sign the *Complaint* and fill in the date you signed the *Complaint*. Fill in your name, address, city, state, zip code, telephone, and email, if applicable, in this section.

---

### Step 3
### Make Copies of the *Summons* and *Complaint*

---

After the *Summons* and *Complaint* are completed and signed, you need to make copies. Make one copy for each Defendant and one copy for you (the originals will be filed with the court later).

---

### Step 4
### Serve the *Summons* and *Complaint* on the Defendant(s)

---

- You must have the other party(ies) served with copies of the signed *Summons* and *Complaint* and any attachments. This is called "service of process." There are three different ways the Defendant(s) can be served:
  - Personal service,
  - Service on someone who lives with the Defendant and is of suitable age, and
  - Waiver of service (if the Defendant waives service).

PLAINTIFF, Self-represented        (B)        DEFENDANT, Self-represented

Corwin Corbett
_____            _____
Name                                Name

General MAIL
_____            _____
Postal Address                      Postal Address

St Paul        MN   55101          _____
City         State   Zip Code       City        State   Zip Code

612 6952682
_____            _____
Telephone Number                    Telephone Number

Corwin Corbett 98@gmail.com
_____            _____
E-mail Address                      E-mail Address

B.  If you do not have an attorney, fill your name, address, phone number, and email under
    "PLAINTIFF, Self-represented."  If the Defendant does not have an attorney, Fill their name,
    address, phone number, and email address under "DEFENDANT, Self-represented."

**Case Information**

1.  Provide a concise statement of the case including facts and legal basis;

    Asteria InnSuite    (C)   bed bugs - Hospital Report
    Motel 6 Lakeville    Slander - I called police - Not me
                         (D)        Motel 6 phabucator

2.  Date Complaint was served: _____

3.  For Expedited Litigation Track (ETLT) Pilot Courts only:

    (E)

    a.  ☐ The parties jointly and voluntarily agree that this case shall be governed by the

        Special Rules of ELT Pilot. Date of agreement: _____

    b.  ☐ The court is requested to consider excluding this case from ELT for the

        following reasons:

        _____
        _____
        _____
        _____

    Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be
    sought by timely motion under the Special Rules for ELT Pilot.

| | | |
|---|---|---|
| 7. | Proposed trial start date: *Speedy* | |
| 8. | Estimated trial time: _____ days _____ hours (estimates less than a day must be stated in hours). | |
| 9. | Jury trial is: | |
| | ○ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02. (specify party) | |
| | ○ requested by _____ (NOTE: Applicable fee must be enclosed) (specify party) | |
| 10. | Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested. ☐ Yes  ☐ No | |
| 11. | Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect): _____ | |

G. Questions 7 – 11 ask for information about the trial.

  a. Fill in the date you want the trial to start.

  b. Fill in the number of days you think the trial will take or how many hours it will take if it less than one day.

  c. Check the box and fill in the line for whether you want a jury trial or are waiving a jury trial. If you are not sure whether you should have a jury trial, you should talk to an attorney.

  d. Question 9 asks about physical/mental/blood examinations. Check "yes" or "no" depending on whether you think you will need one of those examinations.

  e. If a party or witness needs an interpreter, list the person's name along with the language the person will need.

4. For Complex Cases (See Minn. Gen. R. Prac. 146):
   a. Is this case a "complex case" as defined in Rule 146? ☒ Yes   ☐ No
   b. State briefly the reasons for complex case treatment for this case:

   *How did Either party Handle*
   *Cases like these*

   c. Have the parties filed a "CCP Election" for this case as provided in Rule 146(d)?
      ☐ Yes   ☒ No

5. Estimated discovery completion within *2x8* months from the date of this form.

6. Disclosure/discovery of electronically stored information discussed with other party?
   ☒ No   ☐ Yes   Date of discussion: _____
   If yes, list agreements, plans, and disputes:

   _____
   _____
   _____
   _____

F. Questions 4-6 ask about discovery. Discovery is the process each party can use to learn what evidence the other side has about the dispute.

   a. Check the box for "yes" or "no" to answer if the case is a "complex case." To see the definition of a "complex case" and the factors to determine whether a case is a "complex case," look at Minn. Gen. R. Pact. 146. If you believe the case is a complex case, fill in why you think it is a complex case and then check "yes" or "no" to answer if both parties have filed a *Complex Case Program Election* (CIV118) form for the case. The *Complex Case Program Election* (CIV118) form can be found on the Minnesota Judicial Branch website at http://www.mncourts.gov/GetForms.aspx?c=7&f=160 .

   b. Fill in the estimated number of months it will take to complete discovery.

   c. Answer "yes" or "no" as to whether you have discussed electronically stored information (such as information created or stored on a computer) with the Defendant. If you answered "yes," fill in the agreements, plans and disputes you have about electronically stored information.

**Trial Information**



The *Summons* tells the other party that you are starting a lawsuit and that they must complete and serve an *Answer* to the *Complaint*. **If the Plaintiff or Defendant is a corporation, it <u>must</u> be represented by a licensed attorney in a civil lawsuit in District Court.**

**The Caption:**

The top part of the first page is where you will find the case caption.  It looks like this:

| State of Minnesota | **District Court** |
|---|---|
| County Hennipen Ⓐ | Judicial District: _____ Court File Number: _____ Case Type: _____ |
| CORWIN Corbett Plaintiff(s) | **Civil Summons** |
| vs. Ⓑ Motel 6 — Asteria inn & Suites Defendant(s) Lakeville MAple Grove | |

A.  At the top of the page fill in the following information:
   - Fill in the county where you are filing your case.
   - Fill in the Judicial District of the county where you are filing your case. If you do not know the Judicial District, go to http://www.mncourts.gov/Find-Courts.aspx to find that information.  **If you are not sure what county to file your case in, you should get legal advice.**  Court staff cannot tell you where to file.
   - Leave the Court File Number blank. You will be assigned a Court File Number after you file your paperwork.
   - Fill in the Civil Case Type.  If you do not know the Civil Case Type, you can find the list of Civil Case Types at https://www.mncourts.gov/mncourtsgov/media/scao_library/documents/eFile%20Support/Handout-Case-Type-Index.pdf .

B. **Parties in the Case.**

- You are the Plaintiff. Fill your full legal name or business name as it is registered with the Secretary of State.
- The person(s) and/or company(ies) you are suing is the Defendant.  Fill the name or names of the person(s) or company(ies) that you are suing.
    - If the Defendant is a business, you can contact the Minnesota Secretary of State to get the correct name for the business and the names of persons who may be served on behalf of the business (called agents).  The phone number for the MN Secretary of State is 651-296-2803 and the website is www.sos.state.mn.us.

**The Notice**

---

This Summons is directed to:



_____.

1.      **You are being sued**. The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court.

---

C.  Fill in the name of the Defendant.  If there are more than 1 Defendant, list only one name. You will need a separate *Summons* for each Defendant you listed in the caption.

---

2.      **You must reply, in writing, within 21 days to protect your rights.** You must serve a copy of your *Answer or Answer and Counterclaim (Answer)* within 21 days from the date you received the *Summons* and *Complaint*. You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category.  The instructions will explain in detail how to fill out the *Answer* form.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:



_____

---

D.  Fill in your full address.